augmented thus: on the opposite of the friction wheel and the cutter wheel may be suspended a swinging lathe of like form as above described, and bearing 'in like manner against the said opposite side of the friction wheel and cutter wheel respectively. Also, a lathe of similar construction may be made to lay upon the upper side of the friction wheel and the cutter wheel, and another may be made to bear up by a weight and cord passing over a pulley against the under side, and thus four lasts or other articles be turned at the same time; so the number of cutter wheels may be increased, and the lathe indefinitely extended.

"Fourth. The friction wheel may be fixed in the lathe, and be stationary, and the model and rough material placed upon the sliding carriage. Also, the rough material and model may be alternately shifted in the manner in which the friction wheel and cutter wheel may be shifted alternately, as above described.

"Fifth. To turn an article which is long, as a gun-stock for example, the frame may be lengthened, or the rough material placed above or below the model, and the cutter wheel placed above or below the friction wheel, or the lathes may be augmented in number as above described. Here the said Blanchard would state, that in making a gun-stock, the stock is turned in full size, and the hollow place where the gun-barrel lays in the stock, is cut out by another machine not described in this specification.

"Sixth. An article may be formed of larger dimensions than the model, by placing the axis of the rough material at a greater distance from the cutter wheel than the model is from the friction wheel, which will make the article .bigger round, and by giving to the cutter wheel sliding carriage a more rapid horizontal movement than the friction wheel, which will make the article longer. But the said Blanchard thinks this mode of application not so perfect as the one above described; because it may be always easier to use a model of full size than to make the alterations in the lathe or in the cutter wheel carriage or poppets, which in this case would be necessary.

"Seventh. It is obvious that, by this discovery, and the machinery aforesaid, any form, however irregular, may be exactly imitated, provided every part and portion of the model can be brought in contact with the periphery of the friction and cutter wheels; whence it results, that in cutting an article which is concave, as a tray, or other like hollow wooden ware, the diameter of the friction wheel and of the cutter wheel, as per second article, must be diminished so that both can operate freely within the cavity proposed to be formed.

"Eighth. Instead of the friction wheel as described above, a fixed circular plate of the same or proportionate diameter as the cutter wheel may be used, or a segment of a like circle so fixed that its periphery or extremity will be in contact with the model, or a square piece of iron or steel or other material may be so placed that the edge of it may come in contact with the model in like manner as the friction wheel. But the said Blanchard prefers the friction wheel because it opposes less resistance to the movement of the model.

"Ninth. The cutters may be formed and attached to the cutter wheel in various modes besides that above described; they may be formed and set in the cutter wheel like plane irons, as is used in the English machine for scoring blocks, described in the Edinburgh Encyclopedia; they may be formed like circular saws, and two, three, or more adjusted to the cutter wheel, so that one of them on one side or the other of the cutter wheel, or in the midst of them all, shall project the most, and the others receding towards the center of the cutter wheel, operate only on the part of the rough material which is more prominent than that on which the most projecting cutter operates. But the

said Blanchard prefers the form of cutter above described, and makes no claim to any form of cutter as his invention.

"Moreover, the cutters above described may be made sharp on both edges, and the cutter wheel be made to turn a quarter of a circle, or less, backward and forward, and so the cutters be made to cut by both edges. But the continued circular movement is believed to be preferable to any other.

"The said Blanchard, in explaining and describing the different modes in which he contemplates the application of the principle or character of his said machine or invention, does this in compliance with the requirements of the law, and not by way of extending his claim for discovery or invention. This invention is described and explained in the second article of this specification, to which reference is hereby made for information of that which constitutes the principle or character of his machine or invention, and distinguishes it, as he verily believes, from all other machines, discoveries, or inventions known or used before.

"From which it is apparent that the principle of his machine or invention is different from the last making machine made and used in Waterbury, in Connecticut, and the card handle machine used for a long time past in Boston; and also from the machinery described in the Edinburgh Encyclopedia for making ships' blocks and dead-eyes, and from the modes of turning irregular surfaces described in the French Encyclopedia."

[NOTE. This patent was originally granted to T. Blanchard, September 6, 1819. For other cases involving this patent, see Blanchard v. Beers, Case No. 1,506; Blanchard v. Sprague, Id. 1,517, Id. 1,518; Blanchard v. Whitney, Id. 1,519; Blanchard v. Eldridge, Id. 1,510; Blanchard's Gun-Stock Turning Factory v. Jacobs, Id. 1,520, and note at end of Blanchard v. Reeves, Case No. 1,515].

---

## Case No. 1,522.

### The BLANCHE PAGE.

[Cited in The City of Troy and The Atlas, Case No. 2,769. Nowhere reported; opinion not now accessible.]

---

## Case No. 1,523.

### The BLANCHE PAGE.

[4 Ben. 186.] [1]

District Court, S. D. New York. May Term, 1870.

#### TUG AND TOW—PERIL OF THE SEA—BURDEN OF PROOF.

1. A steamboat agreed to tow certain canal boats from New Brunswick to New York, by way of the Raritan river and the Kills. On reaching the mouth of the river, inside of which there was good anchorage and a safe harbor, there was found outside a high wind and a heavy sea. The steamer, however, went out, and, not being able to cross the flats, the tide being ebb, took a circuitous route by the channel, going by South Amboy and down around the buoy at tail of the flats, and so around to Perth Amboy. While making this passage, two of the canal boats were sunk by the violence of the sea and the dashing of the boats against each other. *Held*, that it showed a want of ordinary care for the steamboat to venture out with such a tow when she did.

[Cited in The Merrimac, Case No. 9,478; The Elmira, Id. 4,417.]

[See The M. A. Lennox, Id. 8,987.]

---

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission.]